Jerome H. Mooney (UT SBN: 2303)
jerrym@mooneylaw.com
Weston, Garrou & Mooney

G. Randall Garrou
(Admitted *Pro hac vice*)
randygarrou@wgdlaw.com
Of Counsel to Weston, Garrou & Mooney

12121 Wilshire Boulevard, Suite 525
Los Angeles, California 90025-1176
Telephone: (310) 442-0072
Facsimile: (310) 442-0899

Attorneys for Plaintiff Richard Bugg

# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| RICHARD BUGG, an individual, | Case No. 4:22-cv-00062-DN |
| Plaintiff, | **DEPOSITION PLAN** |
| v. | |
| MINDY BENSON, etc., et al., | |
| Defendants. | |

**I.     PLAINTIFF DEPOSITIONS**: Plaintiff plans to take the following depositions:

1. Complainant 1.  To be taken virtually during period May 15 – 19, 2023.

2. Complainant 2.  To be taken virtually during period May 15 – 19, 2023.

3. Kevin Price. To be taken virtually during period May 15 – 19, 2023.

4. Jon Anderson.  To be taken virtually during period May 15 – 19, 2023.

5. Peter Sham.  To be taken virtually during period May 15 – 19, 2023.

6. Brian Swanson. To be taken virtually during period May 15 – 19, 2023.

7. Shauna Mendini.  To be taken virtually during period May 15 – 19, 2023.

8. Student S3.  To be taken virtually during period May 15 – 19, 2023.

9. Other witnesses that are revealed by discovery.

II. **DEFENSE DEPOSITION**:

1. Richard Bugg.  To be taken virtually during the period May 15 – 29, 2023.

_/s/ Jerome H. Mooney_____          Date: January 30, 2023_
Signature and typed name of Plaintiff(s) Attorney

_/s/ Jaqualin Peterson_____Date: January 30, 2023___
Signature and typed name of Defendant(s) Attorney