IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RICHARD BUGG, an individual,<br><br>Plaintiff,<br>v.<br><br>MINDY BENSON, et al.,<br><br>Defendants. | **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR FILING POTENTIALLY DISPOSITIVE MOTIONS**<br><br>Case No: 4:22-cv-00062-DN<br><br>District Judge David Nuffer<br><br>Magistrate Judge Paul Kohler |

Pursuant to the Joint Motion of the Parties,[1] the Court GRANTS the motion and extends the deadline for filing potentially dispositive motions until three weeks after the date the Court rules on Plaintiff's pending Objections to the Magistrate Judge Order Denying Leave to Amend.

SO ORDERED this 2nd day of November, 2023.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 50, November 1, 2023.

–1–