IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, SOUTHERN DIVISION

| | |
|---|---|
| RICHARD BUGG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MINDY BENSON, etc., et al.,<br><br>Defendants. | ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSES TO DISPOSITIVE MOTIONS<br><br>Case No. 4:22-cv-00062-DN-PK<br><br>District Judge David Nuffer<br><br>Magistrate Judge Paul Kohler |

Pursuant to the Stipulated Motion of the Parties[1] and for good cause shown, the Court hereby extends the deadline for both sides to file responses to dispositive motions until April 18, 2024.

SO ORDERED this 12th day of March, 2024.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 63, filed March 12, 2024.